IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTERSON G. MIMS and VERA A. MIMS, <br><br> Plaintiffs, <br><br> v. <br><br> FOSTER WHEELER ENERGY CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 13-298-SLR/CJB ) ) ) ) ) ) |

**ORDER**

At Wilmington this day of December, 2013, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Defendant's objections to the Report and Recommendation (D.I. 192) are overruled.

2. Magistrate Judge Burke's Report and Recommendation (D.I. 187) is adopted.

3. Plaintiffs' motion to remand (D.I. 45) is granted.

_____
United States District Judge