IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATTERSON G. MIMS and VERA A. MIMS,<br><br>  Plaintiffs,<br><br>v.<br><br>FOSTER WHEELER ENERGY CORPORATION, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 13-298-SLR/CJB<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this ⌐ day of December, 2013, consistent with the memorandum issued this same date;

IT IS ORDERED that:

1. Defendant's objections to the Report and Recommendation (D.I. 192) are overruled.

2. Magistrate Judge Burke's Report and Recommendation (D.I. 187) is adopted.

3. Plaintiffs' motion to remand (D.I. 45) is granted.

_____
United States District Judge